# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANLALMAWII FANAI,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION, et al.,<br><br>Defendants. | Case No.: 24cv1720-AJB (MSB)<br><br>**ORDER:**<br>**(1) DENYING WITHOUT PREJUDICE JOINT MOTION/STIPULATION TO ALLOW FOR THE REMOTE ATTENDANCE OF DEFENDANT'S INSURANCE ADJUSTER AT THE UPCOMING EARLY NEUTRAL EVALUATION ("ENE") [ECF NO. 10];**<br>**(2) SUA SPONTE CONTINUING ENE/CMC; AND**<br>**(3) SETTING NEW DEADLINES FOR LODGING UPDATED INFORMATION WITH THE COURT** |

On November 13, 2024, the parties filed a Joint Motion/Stipulation to Allow for the Remote Attendance of Defendant's Insurance Adjuster at the Upcoming Early Neutral Evaluation ("ENE") [ECF No. 10 ("Joint Motion")]. In it, the parties explain that Plaintiff Vanlalmawii Fanai ("Plaintiff") has been diligently attempting to obtain all her medical and billing records, but she has not received all of them. (Id. at 2.) Because of

this, the parties believe that "the likelihood of meaningful settlement discussions and therefore settlement, is highly unlikely" since Defendant Costco Wholesale Corporation ("Defendant") does not believe it is able to negotiate the case. (Id.) Accordingly, the presence of the insurance claims adjuster for Defendant would "unlikely promote settlement and would require unproductive round trip travel time . . . ." (Id.)

With this information, the Court believes that continuing the ENE would be in the best interest for all parties to promote meaningful negotiations. On November 14, 2024, the Court reached out to both parties' counsel to get their thoughts on continuing the ENE instead of conducting one that was likely to fail. The Court requested the parties respond by 5:00 p.m. on November 15, 2024. Plaintiff's counsel confirmed that a continuance would be more fruitful and anticipated receiving a response to the record requests in approximately 30-45 days. Defendant's counsel did not respond by the deadline.

The Court believes that the best course of action here would be to allow Plaintiff adequate time to receive pertinent documents and for the parties to better assess their settlement positions. Accordingly, the Court sua sponte **CONTINUES** the ENE/CMC to **January 8, 2025** at **1:30 p.m.** The Pre-ENE status conference is **CONTINUED** to **January 7, 2025** at **11:30 a.m.**

No later than **December 30, 2024**, the Court **ORDERS** the parties to send an email to the Court at efile_berg@casd.uscourts.gov that:

1. Notifies the Court of any changes to the anticipated ENE attendees and their contact information;

2. Provides an updated Joint Discovery Plan; and

3. Provides updated ENE statements, which include any changes regarding settlement position or history of negotiations, and a specific demand/offer for settlement.

All other guidance in the ENE Order [ECF No. 4] remains the same.

//

In light of the continuance, the Court **DENIES as moot** the Joint Motion without prejudice. The parties may renew their Joint Motion if other good cause exists to excuse Defendant's insurance adjuster.

**IT IS SO ORDERED.**

Dated: November 18, 2024

Honorable Michael S. Berg
United States Magistrate Judge